# Court of Appeals
# of the State of Georgia

ATLANTA,_____April 17, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1021.  LIGGION v. LIGGION.**

This appeal was docketed in this court on January 29, 2015.  The Appellant's brief, including enumerations of error, was due to be filed no later than February 18, 2015.  Court of Appeals Rule 23 (a).  On February 27, 2015, this Court entered an order granting Appellant an extension of time and ordering that Appellant's brief and enumerations of error be filed by no later than March 13, 2015.  Again, Appellant has failed to file a brief and enumerations of error.  Accordingly, the instant appeal is hereby DISMISSED.[1]  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
            *Clerk's Office, Atlanta,_____04/17/2015_____*
            *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Appellee's motion to dismiss the appeal for lack of jurisdiction, motion to transfer the appeal to the Supreme Court of Georgia, and motion for frivolous appeal penalties are hereby DENIED.